UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GRANT THOMAS McADAMS,

     Petitioner,

 v.

BERNIE E. WARNER,

     Respondent.

NO: 2:15-CV-239-RMP

ORDER DISMISSING PETITION WITHOUT PREJUDICE

By Order filed October 20, 2015, the Court advised Mr. McAdams of the deficiencies of his habeas corpus petition and directed him to amend within sixty (60) days. ECF No. 6. Petitioner, a *pro se* prisoner at the Coyote Ridge Corrections Center, is proceeding *pro se* and *in forma pauperis*. Respondent has not been served. Petitioner did not comply with the Court's directive and has filed nothing further in this action.

Therefore, **IT IS ORDERED** the Petition is **DISMISSED without prejudice** for lack of jurisdiction over the named Respondent, *see Rumsfeld v. Padilla*, 542 U.S. 426 (2004), and for failure to exhaust state court remedies.

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 1

Petitioner should be mindful of the federal limitations period under 28 U.S.C. § 2244(d) when filing any future federal habeas petition.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.  The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 4th day of January, 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Judge