# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GRANT THOMAS McADAMS,

*Plaintiff*

v.

BERNIE WARNER, DOC Secretary,

*Defendant*

Civil Action No. 2:15-CV-00239-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   It is Ordered the Petition is DISMISSED without prejudice for lack of jurisdiction over the named Respondent and for failure to exhaust state court remedies. File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 4, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy